**ABATEMENT Order filed July 26, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00102-CV
_____

### ARGUERA'S PAINT, Appellant

### V.

### XUAN LI AND VERONICA HERNANDEZ, Appellees

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-42736**

---

## ABATEMENT ORDER

On July 18, 2022, the parties notified this court that the parties had reached an agreement to settle the issues on appeal and the appeal is now moot. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **September 26, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.